In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00406-CR
_____

DAVID MARTINEZ TORRES JR. Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 13-16368

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, David Martinez Torres Jr. pleaded guilty to burglary of a building.[1] The trial court found the evidence sufficient to substantiate Torres's guilt, deferred further proceedings, and placed Torres on community supervision for five years. The State later filed a motion to revoke Torres's unadjudicated community supervision. Torres pleaded "true" to violating one condition of his community supervision. The trial court found that Torres

_____

[1]Torres is also referred to as "David Torres" in the record.

violated the conditions of his community supervision, found Torres guilty of burglary of a building, revoked Torres's community supervision, and sentenced Torres to two years in a state jail facility.

Torres's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Torres's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Torres to file a *pro se* brief, but we received no response from Torres. We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[2]Torres may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on March 6, 2014
Opinion Delivered March 19, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.